IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES BRANDON STROUSE, #15976-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv43 |
| | § | CRIMINAL ACTION NO. 4:10cr77(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be denied and dismissed with prejudice. Movant filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Movant to the Report. It concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DENIED** and Movant's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. Finally, it is

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 31st day of March, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE